UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| Pitbull Productions, Inc., | ) | |
|     Plaintiffs, | ) | RULE 7.1 |
| | ) | STATEMENT |
| v. | ) | |
| Vishara Video, Inc., Vihan's Video, Inc. dba Vihara Video, Vihan's Video, Inc., John Does 1-10, | ) | |
|     Defendants | ) | |

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local general Rules 1.9] and to enable District Judges and Magistrates judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

No known corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: November 7, 2007

Jennifer Meredith
Attorney Bar Code: JM 4816