Jennifer Meredith (JM 4816)
Dariush Keyhani (DK 9673)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Facsimile (212) 202-3819
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
Pitbull Productions, Inc., )
         Plaintiffs, )    07 CIV 9898 (CM)(HP)
 )
 )    ORDER TO SHOW
 )    CAUSE WHY A TRO
         v. )    AND PRELIMINARY
 )    INJUNCTION
Vishara Video, Inc., Vihan's Video, Inc. )    SHOULD BE ENTERED
dba Vihara Video, Vihan's Video, Inc., )
John Does 1-10, )
         Defendants )
 )
------------------------------------------------------x

    Upon reading the memorandum of law and exhibits (including an affidavit) filed herein in connection therewith, and it appearing to the satisfaction of the Court that, for the specific facts shown that a temporary restraining order should be instituted and a hearing set for a preliminary injunction, it is

    ORDERED that Plaintiffs show cause before this Court at 500 Pearl Street, New York, NY 10007-1312 on the _____ day of _____, 2007 in Room _____ at _____, why the temporary restraining order should not be entered.


Dated:                                                                   _____
   _____                                                       Honorable Colleen McMahon