## CERTIFICATE OF SERVICE

I, Jennifer Meredith, hereby certify that I caused to be served the Notice of Motion, Proposed Order and Memorandum of law in Support of Plaintiff's Application for a Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction in the following way:

By process server (personal service) at the following addresses:

Vihan's Video, Inc.
592 W 8th Ave
New York, New York 10019

Vishara Video, Inc.
797 8th Ave
New York, New York 10019.

Dated: November 20, 2007

By: _____
Jennifer Meredith