Jennifer Meredith (JM 4816)
Dariush Keyhani (DK 9673)
Meredith & Keyhani, PLLC
330 Madison Avenue
6th Floor
New York, New York 10017
Telephone (212) 760-0098
Facsimile (212) 202-3819
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
Pitbull Productions, Inc.,                )
        Plaintiffs,    )   TEMPORARY
                                          )   RESTRAINING
                                          )   ORDER
                                          )
        v.              )
                                          )   07 CIV 9898 (CM)(HP)
Vishara Video, Inc., Vihan's Video, Inc.  )
dba Vihara Video, Vihan's Video, Inc.,    )
John Does 1-10,                           )
        Defendants      )
                                          )
------------------------------------------------------x

    **WHEREAS**, Plaintiff Pitbull Productions, Inc. ("Pitbull"), is a company organized and registered in Delaware under the laws of Delaware with a place of business at 200 East 116th Street, Suite 2N, New York, New York 10029.

    **WHEREAS**, Defendant, Defendant Vishara Video, Inc. ("Vishara") is a DVD Store operating at 797 8th Ave, New York, New York 10019.

    **WHEREAS**, Defendant Vihan's Video, Inc. ("Vihan's") is a DVD Store operating at 592 W 8th Ave, New York, New York 10019. Vihan's Video, Inc. also does business as Vihara Video.

1

**WHEREAS**, Plaintiffs are the owners of valid and subsisting copyrights and trademarks, images as listed in Exhibits A-C of the complaint,

**WHEREAS**, this court is holding an Order to Show Cause why a Preliminary Injunction should not issue on \_\_\_\_\_

It is therefore:

**ORDERED** that, Defendants and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them be and each of them are hereby enjoined and restrained from doing or causing to be done any of the following:

    A)    From infringing upon Plaintiff Pitbull Productions, Inc., lawful Copyrights and trademarked DVDs in any manner and from unlawfully selling counterfeit copies of Plaintiffs DVD's or associated images as listed in Exhibits A-C of the complaint;.

    B)    From using, copying, or otherwise making any unauthorized or unlawful copies of any DVD's as listed in Exhibits A-C of the complaint and otherwise exploiting or attempting to unlawfully exploit such intellectual property;

    C)    Defendants shall deliver up to Plaintiff any and all copies of data or information in connection therewith unlawfully taken from Plaintiffs DVD's or associated Exhibits A-C of the complaint and as saved in any manner including upon any returnable storage device such as, but not limited to, CDs, DVDs, DVDRs, flash drive, hard drives, and floppy discs;

**ORDERED** that copies of this Temporary Restraining Order be served on Defendants.  Service by overnight mail shall be deemed sufficient service.

Dated: _____                              _____
New York, New York                        Honorable Colleen McMahon
                                                             DISTRICT COURT JUDGE